ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF NEW YORK

TIMOTHY M. COHANE

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, by and through its President Myles Brand; TOM HOSTY, as an NCAA Enforcement Director and an employee of the NCAA; STEPHANIE HANNA, as an NCAA Enforcement Director and an employee of the NCAA; and JACK FRIEDENTHAL, as an employee of the NCAA, and former Chairman of the NCAA Committee on Infractions

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-181 (C/SR)

TO: [Name and address of Defendant]

NCAA, 700 W. Washington Street
Indianapolis, Indiana 46206

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean O'Leary, Esq.
Attorney for Plaintiff
O'Leary & O'Leary
350 Old Country Road, Suite 105
Garden City, New York 11530

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Rodney C. Early

CLERK

(BY) DEPUTY CLERK

MAR 31 2004

DATE

FILED U.S. DISTRICT COURT W.D.N.Y. BUFFALO 2004 JUL 27 PM 4:44

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE 7/13/04 @ 2:17 pm |
|---|---|
| NAME OF SERVER (PRINT) Ron Haase | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Angela Grant, Paralegal @ NCAA, 700 W. Washington St., Indianapolis, IN 46206

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/04
Date

Signature of Server: /s/ Ron Haase
Address of Server: 1201 North Post Rd. Suite 5, Indianapolis, Indiana 46219

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.